# Court of Appeals
# of the State of Georgia

ATLANTA,  November 17, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0131. MARY LOU ELLIS v. ESTATE OF LEACH.**

Applicant Mary Lou Ellis has filed a motion to withdraw this application for discretionary appeal. The motion to withdraw is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/17/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*